UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROGER C. GATES,<br><br>             *Plaintiff*,<br><br>v.<br><br>DEMATIC CORPORATION and COUNTY OF PASSAIC,<br><br>             *Defendants*. | Civil No.: 20-cv-08475 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendant Dematic Corporation's motion for summary judgment (D.E. 54), which defendant County of Passaic has opposed (D.E. 55); and the Court having considered the parties' submissions (D.E. 54-57); and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 30th day of September, 2022,

**ORDERED** that the motion for summary judgment (D.E. 54) is **GRANTED** and the Court finds that the Plan (as defined in the accompanying opinion) is self-funded and entitled to reimbursement of $756,180.80 in accordance with the Plan terms; and it is further

**ORDERED** that Blue Cross Blue Shield of Michigan's lien of $756,180.80 is enforceable.

The Clerk of the Court is directed to close this case.

                                                         /s/ Katharine S. Hayden
                                                         Katharine S. Hayden, U.S.D.J.